## Jesse Curry

| | |
|---|---|
| **From:** | Andrew G. Watters <andrew@andrewwatters.com> |
| **Sent:** | Friday, May 19, 2023 12:27 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | New filing - Seattle |
| **Attachments:** | Parviz - complaint.pdf; Parviz Summons.pdf; Parviz Civil Cover Sheet.pdf |
| | |
| **Categories:** | JESSE |

CAUTION - EXTERNAL:

Dear Clerk's Office,

I am a lawyer in California with an existing ECF/PACER account (awatters2002).  I would like to file the attached pro se case in the Western District of Washington and also register for ECF using my existing PACER account.  I will pay the filing fee via AMEX if that works for you; please call when convenient or send me a link to pay.

Best,

Andrew Watters

--
Andrew G. Watters
andrew@andrewwatters.com
+1 (415) 261-8527
https://www.andrewwatters.com
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1