# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# OFFICE OF THE CLERK

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

May 23, 2023

Andrew G Watters
555 TWIN DOLPHIN DR STE 135
REDWOOD CITY, CA 94065

Your civil action, ***Watters v. Parviz***, was filed in the United States District Court – Western District of Washington on May 19, 2023.

The case has been assigned to District Court Judge Robert S. Lasnik, case number **2:23–cv–00755–RSL**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Improper Signature**
> The Complaint as filed was/were not properly signed. Your document(s) must contain a physical signature and be resubmitted for filing to the Clerk. Signatures must be in accordance with <u>Federal Rule of Civil Procedure 11</u> and <u>Local Civil Rule 83.2</u>.
> Enclosed is a copy of the page to be signed and returned to the Clerk's Office **by 6/6/2023**.

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file