00594928\mm

**SHERIFF**

**KING COUNTY**

## RETURN OF SERVICE

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| COUNTY OF KING | ) ss. |
| | ) |
| ANDREW G WATTERS | ) |
| vs. | |
| MAHSA PARVIZ | |

CAUSE #: 2:23-cv-00755-RSL
COURT: U.S. District Court

PROCESS: Summons & Complaint, Verified First Amended
Complaint, Civil Cover Sheet

DATE RECEIVED: 6/5/2023
DATE SERVED: 6/7/2023 @ 7:56 AM
NAMED PARTY: **MAHSA PARVIZ**

I, MIKE MANSANAREZ, AM A KING COUNTY DEPUTY, AUTHORIZED TO SERVE PROCESS.

I RECEIVED THE ABOVE-NAMED PROCESS AND PERSONALLY SERVED SAID PROCESS ON THE
NAMED PARTY, MAHSA PARVIZ, ON THE DATE ABOVE SPECIFIED, A TRUE COPY

AT FEDERAL DETENTION CENTER SEATAC, WA 98198, PKING COUNTY, STATE OF
WASHINGTON.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON
THAT THE FOREGOING IS TRUE AND CORRECT.

SHERIFF PATRICIA COLE-TINDALL
KING COUNTY SHERIFF'S OFFICE

SIGNED THIS ___12___ DAY OF ____June____, 2023 IN SEATTLE, WASHINGTON.



BY _____
MIKE MANSANAREZ
KING COUNTY DEPUTY SHERIFF

SHERIFF'S FEES

Mileage ($17.00)
Return of Service ($28.00)
Service Fee ($36.00)
Total: $81.00