*forwarded to Plaintiff & mailed via USPS on 7/9/2023

Mahsa Parviz
P.O. Box 13900
Seattle, WA 98198
Defendant

```
         FILED
         LODGED     MAIL
         RECEIVED

         JUL 13 2023

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW GEORGE WATTERS, <br> Plaintiff, <br><br> v. <br><br> MAHSA PARVIZ, <br> Defendant. | No. 2:23-CV-00755-RSL <br><br> DEFENDANT'S STATUS REPORTS AND DISCOVERY PLAN |

COMES NOW, MAHSA PARVIZ, and files Defendant's Status Report and Discovery Plan in response to the Court's June 12, 2023 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Cr. 11).

1. A STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE
Plaintiff Andrew Watters' claims of fraud pursuant to various California Penal Code statutes and one federal cause of action are based on his alleged relationship with and legal representation of Defendant Mahsa Parviz, giving rise to federal question and supplemental jurisdiction over his claims. Defendant is willing to consent to the exercise of jurisdiction by this Court so that Plaintiff's claims can be dismissed with prejudice. This case is of moderate complexity (see 4 pages of attachments).

2. A PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES
July 21, 2023

3. CASE ASSIGNMENT TO MAGISTRATE JUDGE
No.

4. RELATED CASES
There are several related cases, most of which are pending in other jurisdictions (Cr. 8). Defendant has scheduled a conference call with AUSA Kathrynne Seiden on Thursday, July 13, 2023, and will provide the Court with an Addendum to Defendant's Status Report and Discovery Plan after conferring with the Government if necessary/requested.

5. INITIAL DISCLOSURES
Plaintiff has failed to make timely disclosures under FRCP 26(a)(1).
On May 25, 2023, Defendant gave notice of her responsive pleading (Cr. 8) to Plaintiff via USPS Certified Mail RRR # 7011 1150 0001 9793 8427, tendered counterclaims and served a simple discovery request on Plaintiff, requesting production of any indemnity policies (specifically, his professional liability insurance policy that covers legal malpractice incidents), the insurer's information and policy number. Defendant directed Plaintiff to correspond with attorney Thomas M. Bundy, who is retained and represents Defendant on the related domestic violence restraining order matter in California against Plaintiff Andrew George Watters.
To date, Plaintiff has not attempted to confer with Defendant and has not responded to any of Defendant's filings (Cr. 13 at 2) or requests, although he has managed to find the time to update the "hall of shame" about Defendant and her family on his law firm webpage.

6. FRCP 26(a)(1) DISCLOSURE CHANGES
None.

7. DISCOVERY

Defendant's only discovery request is regarding Plaintiff's professional liability insurance policy. Defendant respectfully requests the Court compels Plaintiff to respond to the discovery request within one week of making this report or within any time-frame the Court deems just.

8. AGREEMENTS
None. Defendant is presently unaware of any potential spoliation concerns and will attempt to inquire and/or send litigation hold notices.

9. ESI
Presently unknown but possible.

10. PROTECTION
Defendant's discovery request does not involve unique or extensive claims of privilege or work product protection. Plaintiff has not propounded any discovery requests on Defendant.

11. PROCEDURES
Defendant requests immediate disclosure of inadvertent dissemination of privileged information be made to privilege-holders (party or non-party) and that a conference take place to resolve the matter without Court involvement, if possible.

12. LIMITATIONS ON DISCOVERY
None.

13. DISCOVERY COMPLETION DATE
July 17, 2023, or sooner if Plaintiff cooperates.

14. CASE RESOLUTION SUGGESTIONS
Defendant may move for summary judgment on the merits to obtain an order of dismissal with prejudice. Defendant's position will be better ascertained on July 17, 2023.

15. ADR
Defendant is willing to submit to the individualized trial program set forth in LCR 39.2, mediation or other alternative dispute resolution processes but Plaintiff does not appear to be amenable.

16. TRIAL
January 2023 or any date convenient for the Court.

17. JURY OR NON-JURY
Non-jury

18. TRIAL DAYS
One.

19. CORPORATE DISCLOSURE STATEMENTS MADE
None.

Date: July 9, 2023            Respectfully submitted,

_____/s/ Mahsa Parviz
MAHSA PARVIZ

Mahsa Parviz
P.O. Box 13900
Seattle, WA 98198
Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| ANDREW GEORGE WATTERS, Plaintiff | No. 2:23-CV-00955-RSL |
|---|---|
| v. MAHSA PARVIZ, Defendant. | DEFENDANT'S STATUS REPORT AND DISCOVERY PLAN |

FILED ___ LODGED ___ RECEIVED ___ MAIL

JUL 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

COMES NOW, MAHSA PARVIZ, with Defendant's Status Report and Discovery Plan in response to the Court's June 12, 2023 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Cr. 11).

1. A STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE

   Plaintiff Andrew Watters' claims of fraud pursuant to various California Penal Code statutes and one federal cause of action are based on his alleged relationship with and legal representation of Defendant Mahsa Parviz, giving rise to federal question and supplemental jurisdiction over his claims. Defendant is willing to consent to the exercise of jurisdiction by this Court so that Plaintiff's claims can be dismissed with prejudice. This case is of moderate complexity (see 4 pages of attachments).

2. A PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES

   July 21, 2023.

Defendant's Status Report and Discovery Plan

1 of 5

3. CASE ASSIGNMENT TO MAGISTRATE JUDGE

   No.

4. RELATED CASES

   There are several related cases, most of which are pending in other jurisdictions (Cr. 8). Defendant has scheduled a conference call with AUSA Kathrynne Seiden on Thursday, July 13, 2023, and will provide the Court with an Addendum to Defendant's Status Report and Discovery Plan after conferring with the Government if necessary/requested.

5. INITIAL DISCLOSURES

   Plaintiff has failed to make timely disclosures under FRCP 26(a)(1).

   On May 25, 2023, Defendant gave notice of her responsive pleading (Cr. 8) to Plaintiff via USPS Certified Mail RRR # 7011 1150 0001 9793 8427, tendered counterclaims and served a simple discovery request on Plaintiff, requesting production of any indemnity policies (specifically, his professional liability insurance policy that covers legal malpractice incidents), the insurer's information and policy number. Defendant directed Plaintiff to correspond with

9. ESI

Presently unknown but possible.

10. PROTECTION

Defendant's discovery request does not involve unique or extensive claims of privilege or work product protection. Plaintiff has not propounded any discovery requests on Defendant.

11. PROCEDURES

Defendant requests immediate disclosure of inadvertent dissemination of privileged information be made to privilege-holders (party or non-party) and that a conference take place to resolve the matter without Court involvement, if possible.

12. LIMITATIONS ON DISCOVERY

None.

13. DISCOVERY COMPLETION DATE

July 17, 2023, or sooner if Plaintiff cooperates.

14. CASE RESOLUTION SUGGESTIONS

Defendant may move for summary judgment on the merits to obtain an order of dismissal with prejudice. Defendant's position will be better ascertained on July 17, 2023.

attorney Thomas M. Bundy, who is retained and represents Defendant on the related domestic violence restraining order matter in California against Plaintiff Andrew George Watters.

To date, Plaintiff has not attempted to confer with Defendant and has not responded to any of Defendant's filings (Cr. 13 at 2) or requests, although he has managed to find the time to update the "hall of shame" about Defendant and her family on his law firm webpage.

6. FRCP 26(a)(1) DISCLOSURE CHANGES

None.

7. DISCOVERY

Defendant's only discovery request is regarding Plaintiff's professional liability insurance policy. Defendant respectfully requests the Court compels Plaintiff to respond to the discovery request within one week of making this report or within any time-frame the Court deems just.

8. AGREEMENTS

None. Defendant is presently unaware of any potential spoliation concerns and will attempt to inquire and/or send litigation hold notices.

15. ADR

   Defendant is willing to submit to the individualized trial program set forth in LCR 39.2, mediation or other alternative dispute resolution processes but Plaintiff does not appear to be amenable.

16. TRIAL

   January 2024 or any date convenient for the Court.

17. JURY OR NON-JURY

   Non-jury.

18. TRIAL DAYS

   One.

19. CORPORATE DISCLOSURE STATEMENTS MADE

   None.

Date: July 9, 2023

Respectfully submitted,

*MAHSA PARVIZ*

MAHSA PARVIZ