Sunday, July 4th, 2023

In re: Cause No. 2:23-CV-00755-RSL

Dear Clerk,
 Please file the enclosed DEFENDANT'S STATUS REPORT AND DISCOVERY PLAN with 4 pages of attachments in the above-numbered cause, and remit a file-stamped copy. Thank you in advance. I've enclosed a copy which is being mailed & forwarded to Plaintiff, as well.

Sincerely,
MParviz
MAHSA PARVIZ



FILED ___ LODGED ___ RECEIVED ___ MAIL

JUL 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY _____ DEPUTY