TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

FROM: 54652509
TO: Bundy, Thomas; Parvis, Shamsi
SUBJECT: 2:23-cv-00755-RSL
DATE: 07/08/2023 03:30:58 PM



FILED
LODGED
RECEIVED

JUL 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Hi Tommy, I've made it clear that I do not want direct communication with my former attorney Andrew Watters and given the restraining order against him, he can only communicate about legal proceedings and do so through the attorney representing me on the DVRO (you).

Since he filed the above-numbered cause, I tendered counterclaims to him on May 25, 2023 and served him with a couple discovery requests, essentially asking him to produce any indemnity policies (specifically, his professional liability insurance that covers legal malpractice incidents), and provide the insurer's information and policy number. He has not responded at all, despite my additional attempts to confer with him through you in compliance with the 6/12/23 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Cr. 11). The Joint Status Report and Discovery Plan is due by July 10, 2023 but I'm going to have to mail the Court a statement that I've been unable to confer with Andrew Watters. Please ask him for this information via email (ANDREW@ANDREWWATTERS.COM) and forward me the response.

He doesn't appear to be amenable to any informal settlement but I'd like to at least attempt, especially given yesterday's Second Order to Show Cause (Cr. 13) wherein Judge Lasnik granted my Rule 12 motion and states he will be dismissing the matter (I'll file the counterclaims in court only if I have to).

Does anyone have an email address for Judge Robert Lasnik and his judicial assistant, Teri Roberts? It would be faster to correspond electronically instead of via traditional mail and I would like this correspondence to be forwarded to the judicial assistant so the Court is aware of the status.

Thank you,
/s/ Mahsa Parviz
MAHSA PARVIZ