Mahsa Parvis
#84652509
c/o Seatac Federal
Detention Facility
P.O. Box 13900
Seattle, USA 98198

U.S. District Court Western Dist. of
Attn: Clerk (for filing in Cause No. 2:23-cv-00755-RSL
700 Stewart St. Ste. 15128
Seattle, WA 98101-1271

FILED
LODGED
RECEIVED
MAIL

JUL 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY