TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

--------------------------------------------------------------------------------

FROM: 54652509
TO: Bundy, Thomas; Legal, Diaz; Parvis, Shamsi
SUBJECT: lasnikorders@wawd.uscourts.gov
DATE: 08/08/2023 08:19:11 PM



MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198
mparviz@linkedup.vip
Defendant

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW GEORGE WATTERS, <br> Plaintiff, | Case No. 2:23-cv-00755-RSL |
| v. | NOTICE OF MOTION FOR <br> SANCTIONS UNDER RULE 11 <br> AND/OR 18 U.S.C. SEC. 1927 |
| MAHSA PARVIZ, <br> Defendant. | (renewed from Dkt. # 8) |

COMES NOW, Defendant Mahsa Parviz, and files this Notice of Motion for Sanctions Under Rule 11 and/or 28 U.S.C. Sec. 1927, (renewed from Dkt. # 8) (hereinafter "Renewed Motion for Sanctions"). The Renewed Motion for Sanctions is renewed from Defendant's "Verified Rule 12 Motion, Answer, Motion for Sanctions Under Rule 11 and/or 28 U.S.C. Sec. 1927, and Request for Protective Order Under Rule 5.2(e)" (Dkt. # 8).

I. RENEWED MOTION FOR SANCTIONS

Defendant hereby gives additional notice of her motion for sanctions, which Defendant received notice of via USPS certified mail RRR. The motion for sanctions has been on file for more than 21 days. The original return receipt will be provided to the Court if requested.

Defendant serves notice of this renewed motion to Defendant today, August 8, 2023, via USPS certified mail RRR, in compliance with the mandatory "safe harbor" provision of Rule 11(c)(2). Radcliffe v. Rainbow Constr. Co., 254 F.3d 772, 788-89 (9th Cir. 2001).

II. COPY FOR FILING WITH THE COURT

Defendant also provides this honorable Court with a true and correct copy of the August 8, 2023 "Motion for Sanctions Under Rule 11 and/or 28 U.S.C. Sec. 1927 (renewed from Dkt. # 8)", mailed for filing today via USPS First Class mail, in light of Plaintiff's claims that Defendant has not provided the Court proof of service of previous discovery requests.

Of note, it is Plaintiff who has engaged in dilatory tactics in bad faith, such as filing a response in the related California State domestic violence prevention action and "proof of service by mail" on August 1, 2023, without actually serving a copy on Defendant's attorney of record via any method whatsoever, despite having communicated with Defendant's attorney via e-mail previously.

III. ADDITIONAL SANCTIONABLE CONDUCT

Defendant describes Plaintiff's additional sanctionable conduct at length in the Renewed Motion for Sanctions.

Defendant has failed to withdraw, correct, or otherwise cure the sanctionable conduct within 21 days of notice. Defendant fully incorporates the "Verified Rule 12 Motion, Answer, Motion for Sanctions Under Rule 11 and/or 28 U.S.C. Sec. 1927, and Request for Protective Order Under Rule 5.2(e)" (Dkt. #8) by reference herein.

In addition to his failure to cure the sanctionable conduct, on August 7, 2023, Plaintiff filed "Plaintiff's Opposition to Defendant's Motion for Protective Order" (Dkt. # 19), and therein, twice conceded to filing the instant federal action for the improper purpose of enjoining a domestic violence prevention action in the state courts of California. Plaintiff, an attorney, continued to file frivolous pleadings and motions for the improper purpose of enjoining the state court action, in violation of the Younger Abstention Doctrine and Anti-Suit Injunction Act codified at 28 U.S.C. Sec. 2283, and to harass Defendant.

CERTIFICATE OF SERVICE

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

----------------------------------------------------------------------------------------------------

   I, Mahsa Parviz, declare under penalty of perjury that the foregoing facts are true and correct and that a copy of this Notice and the Renewed Motion for Sanctions was served on Plaintiff via USPS certified mail RRR on August 8, 2023.

Executed on the 8th day of August, 2023.

                                                                                       Respectfully submitted,

                                                                                     _____/s/ Mahsa Parviz
                                                                                     MAHSA PARVIZ

August 8, 2023

In re: Cause No. 2:23-cv-00755-RSL

FILED LODGED RECEIVED MAIL
AUG 11 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Dear Clerk,

  Please file the enclosed Notice of Renewed Motion for Sanctions in the above-numbered cause. I have attempted to email an electronic copy to the Court at "lasnikorders@wawd.uscourts.gov" today at 08:19:11 PM, which is sent from my email address, mparviz@linkedup-rip, with help from a legal assistant. I apologize for the form of the enclosed Notice as it was aligned when emailed but doesn't print as intended.

  As always, thank you so much for your help. Please do not hesitate to contact me at the above-mentioned email, bparviz@collin.edu, or via phone at (972) 375-1202.

Sincerely,

Mahsa Parviz

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54652509   UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
9 AUG 2023  PM 2 L

U.S. District Court, Western Dist. of WA
ATTN: Clerk (for filing in cause No. 2:23-cv-00755-RSL)
700 Stewart St. #2310
Seattle, WA 98101-4444 98101