# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:23-cv-00755-RSL |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

 Judgment is entered in favor of Defendant Mahsa Parviz, against Plaintiff Andrew G. Watters.

 DATED this 16th day of August, 2023.

             RAVI SUBRAMANIAN,
             Clerk of the Court

             By:  */s/ Victoria Ericksen*
               Deputy Clerk