FROM: 54652509
TO: Business Office
SUBJECT: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A
DATE: 08/16/2023 02:35:45 PM

To: Clerk (lobby), U.S. Dist. Court Western Dist. WA
Inmate Work Assignment: N/A

To: Clerk, U.S. District Court (lobby level)
   700 Stewart St.
   Seattle, WA 98101

------------------------

August 16, 2023

In re: Cause No. 2:23-cv-00755-RSL; Watters v. Parviz

Dear Clerk,

   I am in receipt of your August 10, 2023 letter regarding my subpoena request in the above-numbered cause. Please issue the following blank, signed subpoenas in the quantity denoted:

(Quantity #) - Subpoena Form
    (2)       Form AO88
    (4)       Form AO88A
    (4)       Form AO88B

Mailing address:
       MAHSA PARVIZ #54652509
       P.O. Box 13900
       Seattle, WA 98198

   Thank you so much for all your help. If you have any questions, please do not hesitate to contact me via email at mparviz@linkedup.vip and bparviz@collin.edu or via phone at (972) 375-1202.

                            Sincerely,

                            /s/ Mahsa Parviz
                            MAHSA PARVIZ

FILED
LODGED
RECEIVED

AUG 21

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54653509    UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
18 AUG 2023 PM 2 L

Clerk, U.S. District Court (lobby level)
700 Stewart St.
Seattle, WA 98101

98101-443599

FILED
LODGED
RECEIVED

AUG 21 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY