UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW G. WATTERS,

        Plaintiff,

   v.

MAHSA PARVIZ,

        Defendant.

CASE NO. 2:23-cv-00755-RSL

ORDER DENYING REQUESTS FOR SANCTIONS AND MOTION TO COMPEL

This matter comes before the Court on defendant's various requests for the entry of sanctions under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 (Dkt. # 21, 24, and 25) and her motion to compel (Dkt. # 28). Defendant relies on and incorporates an earlier motion for sanctions which the Court denied without prejudice to its renewal. Plaintiff's response to the requests for sanctions was due on Monday, August 28, 2023. No response has been filed. The motion to compel seeks the production of documents that are relevant to plaintiff's claims, will establish his motivation for filing this lawsuit, and will supposedly show that plaintiff lied to the Court.

Defendant argues that plaintiff filed the above-captioned lawsuit for improper purposes, namely to stop defendant from filing a domestic violence complaint and to

ORDER DENYING REQUESTS FOR SANCTIONS AND
MOTION TO COMPEL - 1

harass defendant.[1] For purposes of the pending motions, the Court accepts defendant's assertions regarding plaintiff's motivations as true.

The parties are in the midst of an escalating tit-for-tat battle that has now moved into both the state and federal court systems. The parties had a brief relationship in 2021. When the relationship ended, plaintiff took it upon himself to create an unflattering webpage about defendant. Defendant requested that he remove the webpage or face a domestic violence complaint in the city in which plaintiff practices law. Plaintiff immediately filed this lawsuit in the hopes of warding off what he alleges would be a frivolous and harassing domestic violence action. Defendant went ahead and filed a domestic violence complaint in the San Mateo County Superior Court in California.

Plaintiff's claims have now been dismissed for lack of subject matter jurisdiction. Because the Court lacks the power to hear plaintiff's state law claims, there has been no adjudication of their merits, and defendant has not attempted to show that the claims are

//

//

//

---

[1] Defendant has abandoned her argument that plaintiff should be sanctioned for filing a lawsuit against an incompetent person, an argument which the Court rejected as unsupported. Dkt. # 16 at 3-4.

ORDER DENYING REQUESTS FOR SANCTIONS AND
MOTION TO COMPEL - 2

unreasonable or vexatious. Both parties have let their emotions get the best of them and have, quite literally, made a federal case out of spite and hurt feelings. The Court declines to take sides in this feud. Defendant's requests for sanctions and her motion to compel are DENIED.

Dated this 11th day of September, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUESTS FOR SANCTIONS AND
MOTION TO COMPEL - 3