9/17/2023

In re: Cause No. 2:23-CV-00755-RSL

Dear Clerk,

I received a letter regarding the bill of costs. I'm incarcerated and have had some difficulty obtaining documentation. I paid an attorney & could ask my mother to send proof of the transfer to the attorney who helped with various tasks on this case without entering an appearance (service, transcripts, etc.) Is this sufficient? I also have the USPS return receipts for certified mail sent over the course of litigation, and corresponding receipts that I filled out myself for my records. Would you like me to send them as proof of mail-related costs? Please let me know & thanks for your help.

You can reach me at m.parviz@linkedup.vip, bparviz@collin.edu, or (972) 375-1202.

Sincerely,
Mahsa Parviz

FILED LODGED RECEIVED   MAIL
SEP 27 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

