

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
1717 PACIFIC AVE., ROOM 3100
TACOMA, WASHINGTON 98402
(253) 882-3800

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy
**PATRICK SHERWOOD**
Deputy in Charge

August 5, 2023

Mahsa Parviz #54652509
Federal Detention Center-SeaTac
PO Box 13900
Seattle WA 98198

*Re: Bill of Costs documentation- Case # 2:23-cv-00755-RSL*

Ms. Parviz,

    In accordance with Local Court Rule 54 (enclosed), all costs must be specified so that the nature of the costs can be readily understood. Please provide all documentation for the items highlighted in the attached copy of Cost Bill (docket #27) which you originally filed in this case. Documentation must be received by this court for filing not later than **Friday November 3rd, 2023**. Any requested cost items requested that lack the proper documentation will be denied by this court.

Thank you,

Patrick Sherwood
Deputy in Charge

*Enc. Parviz letter dated 9/17/2023;*
   *Annotated Bill of Costs Form (docket #27);*
   *Copy of LCR 54*

AO 133  (Rev. 12/09) Bill of Costs

FILED ___ LODGED ___ RECEIVED ___  MAIL

AUG 28 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

ANDREW GEORGE WATTERS  
   v.  
MAHSA PARVIZ  

Case No.: 2:23-cv-00755-RSL

## BILL OF COSTS

Judgment having been entered in the above entitled action on **August 16, 2023** against **Andrew Watters**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 180.00 |
| Fees for service of summons and subpoena .............................. | 225.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case .... | 1,480.00 |
| Fees and disbursements for printing ........................................ | 541.75  ✓ OK |
| Fees for witnesses (itemize on page two) ................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .......... | 260.00 |
| Docket fees under 28 U.S.C. 1923 .......................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................... | 0.00 |
| Compensation of court-appointed experts ............................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) .................................................... | 299.91 |
| TOTAL | $ 2,986.66 |

Annotations (handwritten):
- NEED DOCUMENTATION → (pointing to Fees of the Clerk, Fees for service of summons and subpoena, Fees for printed or electronically recorded transcripts, Fees for exemplification)
- NEED RECEIPTS OF DOCUMENTATION FOR ALL INDICATED (next to Other costs / Total)

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service  ☒ First class mail, postage prepaid  
☐ Other:  

s/ Attorney: _(signature)_  
Name of Attorney: Mahsa Parviz  
For: Mahsa Parviz  
Name of Claiming Party  
Date: August 23, 2023

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____  
Clerk of Court   Deputy Clerk   Date

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

9/17/2023

In re: Cause No. 2:23-cv-00755-RSL

Dear Clerk,

I received a letter regarding the bill of costs. I'm incarcerated and have had some difficulty obtaining documentation. I paid an attorney & could ask my mother to send proof of the transfer to the attorney who helped with various tasks on this case without entering an appearance (service, transcripts, etc.) Is this sufficient? I also have the USPS return receipts for certified mail sent over the course of litigation, and corresponding receipts that I filled out myself for my records. Would you like me to send them as proof of mail-related costs? Please let me know & thanks for your help.

You can reach me at m.parviz@linkedup.vip, bparviz@collin.edu, or (972) 375-1202.

Sincerely,



Mahsa Parviz

FILED ___ LODGED ___ RECEIVED   MAIL

SEP 27 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

# Civil Rules

## LCR 54

### JUDGMENT; COSTS

**(a) Reserved**

**(b) Reserved**

**(c) Reserved**

**(d) Costs**

>(1) *Motion to Tax Costs/Bill of Costs.* The party in whose favor a judgment is rendered, and who seeks to recover costs, shall, within twenty-one days after the entry of judgment, file and serve a motion for costs and necessary disbursements, also known as a bill of costs. The motion for costs shall be noted for consideration pursuant to LCR 7(d)(3). All costs shall be specified, so that the nature of the charge can be readily understood. The movant shall verify, in a declaration sworn under penalty of perjury by the party, an attorney of record, or an agent having knowledge of the facts, that each requested cost is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed. The fees referred to in this section refer to filing fees, witness fees, and other types of fees but not to attorney's fees. The movant may use a Bill of Costs form, available on the court's website, to list the costs and complete the required declaration.

If the party in whose favor judgment is rendered fails to file a motion for costs, all costs, other than statutory costs, shall be deemed to be waived.

(2) *Additional Briefing.* A party objecting to any item of costs shall file opposition papers at the time set forth in LCR 7(d)(3). The moving party shall file a reply, if any, at the time set forth in LCR 7(d)(3).

(3) *Taxation by Clerk.* Motions for costs shall be considered by the clerk. All motions for costs will be decided by the clerk on the written filings and without oral argument unless the clerk specifically directs the parties to appear for a hearing. The clerk shall allow such items specified in the motion which are properly chargeable as costs.

In taxing costs, the following rules shall be observed:

>(A) The attendance, travel, and subsistence fees of witnesses, for actual and proper attendance, shall be allowed in accordance with 28 U.S.C. § 1821, whether such attendance was procured by subpoena or was voluntary;
>
>(B) Reasonable premiums paid on undertakings or bonds or security stipulations shall be allowed where the same have been furnished by reason of express requirement of law, rule, or court order;
>
>(C) Expenditures incident to the litigation which were ordered by the court as essential to

# Civil Rules

a proper consideration of the case shall be allowed;

(D) All other costs shall be taxed in accordance with 28 U.S.C. §§ 1920, 1921, 1923, 1927, and 2412.

The clerk typically will not tax costs beyond those set forth in the statutes listed above. A party seeking additional costs may file a motion, directed to the court, seeking an award of the excess costs.

(4) *Appeal.* The taxation of costs by the clerk shall be final, unless modified on appeal to the district court judge or magistrate judge to whom the case was assigned. An appeal may be taken by filing a motion to retax which shall be filed and served within seven days after costs have been taxed and which shall specify the ruling(s) of the clerk to which the party objects. The motion to retax shall be noted for consideration pursuant to LCR 7(d)(3).

(5) *Attorney's Fees.* A motion for attorney's fees should not be included in the motion for costs to the clerk but should be directed to the court pursuant to Fed. R. Civ. P. 54(d), which sets forth requirements for the timing and contents of the motion.