UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW G. WATTERS,

        Plaintiff,

    v.

MAHSA PARVIZ,

        Defendant.

CASE NO. 2:23-cv-00755-RSL

RETAXATION OF COSTS

    This matter comes before the Court on defendant's "Motion to Retax Costs." Dkt. # 36.[1] The motion is GRANTED in part and DENIED in part. Defendant timely submitted additional documentation regarding the postage expenses she incurred in defending this lawsuit, but it was not considered by the Deputy Clerk of Court when he taxed costs because of a delay in docketing. Dkt. Entry # 35 (indicating that the Certified Mail Log was received on 11/02/2023, but not docketed until 11/14/2023). That documentation having now been considered, the award for "Other Costs" is hereby increased from $136.35 to $301.09. Defendant has not, however, submitted sufficient cost documentation regarding the other fees that were disallowed by the Deputy Clerk.

---

[1] Although the motion was filed outside of the window specified in LCR 54(d)(4), service was by mail and, with the added delays that were likely caused by defendant's custodial status, the Court will exercise its discretion and consider the motion.

RETAXATION OF COSTS - 1

For all of the foregoing reasons, costs in the above-captioned cause are hereby retaxed against plaintiff Andrew G. Watters and in favor of defendant Mahsa Parviz in the total amount of $842.84.

Dated this 10th day of January, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge