| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 28 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ANDREW G. WATTERS,

        Plaintiff-Appellant,

v.

MAHSA PARVIZ,

        Defendant-Appellee.

No.   23-35601

D.C. No. 2:23-cv-00755-RSL
Western District of Washington,
Seattle

ORDER

Before:  CALLAHAN and H.A. THOMAS, Circuit Judges.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 12).

Appellee's motion for sanctions is referred to the panel assigned to decide the merits of this appeal.

The opening brief has been filed.  The answering brief is due April 1, 2024.  The optional reply brief is due within 21 days after service of the answering brief.