UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAHSA PARVIZ,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-00755-RSL<br><br>ORDER |

This matter comes before the Court on defendant's request for paper copies of all filings in the above-captioned matter. Pursuant to the Court's fee schedule, FeeSchedule.pdf (uscourts.gov), paper copies of unsealed documents can be mailed upon request for $.50 per page (with an additional per document fee if the copies must be certified). For this case, a copy of the docket sheet plus copies of all unsealed documents would, as of today, cost $169.00. Unless and until defendant makes arrangements to pay the applicable copying fee, her request for paper copies is DENIED.

Dated this 25th day of July, 2024.

　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　United States District Judge

ORDER - 1