| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 17 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>MAHSA PARVIZ,<br><br>       Defendant - Appellee. | No. 23-35601<br><br>D.C. No. 2:23-cv-00755-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered February 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT