```
                                                                    FILED
           UNITED STATES COURT OF APPEALS
                                                                  MAY 29 2025
                FOR THE NINTH CIRCUIT
                                                               MOLLY C. DWYER, CLERK
                                                                U.S. COURT OF APPEALS
```

| | |
|---|---|
| ANDREW G. WATTERS, | No. 23-35601 |
| Plaintiff-Appellant, | D.C. No. 2:23-cv-00755-RSL<br>Western District of Washington, |
| v. | Seattle |
| MAHSA PARVIZ, | ORDER |
| Defendant-Appellee. | |

Before: FRIEDLAND, BENNETT, and BADE, Circuit Judges.

Appellee's motion to reconsider the Clerk of the Court's order denying Appellee's request for Bill of Costs as untimely (Docket No. 24) is construed as a motion for extension of time to file a Bill of Costs and is **GRANTED** as so construed. The clerk's office shall consider Appellee's request for Bill of Costs on its merits.